E. BRYAN WILSON
Acting United States Attorney

RYAN TANSEY
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: ryan.tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 4:21-mj-00048 |
| Plaintiff, | ) |
| v. | ) |
| DANIEL TORRES-ZUBIA, | ) |
| Defendant. | ) |

**MOTION TO UNSEAL CASE**

COMES NOW the United States of America, by and through undersigned counsel and respectfully moves to unseal the above titled action. On April 27, 2021, defendant was arrested by law enforcement. Accordingly, the need for sealing no longer exists.

WHEREFORE, the United States respectfully requests that its Motion to Unseal be granted.

RESPECTFULLY SUBMITTED this 27th day of April, 2021, in Fairbanks, Alaska.

        E. BRYAN WILSON
        Acting United States Attorney

        s/ Ryan Tansey
        RYAN TANSEY
        Assistant United States Attorney
        United States of America